**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 7, 2014**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76309 | Sandrio DeJesus-Andujar vs. State of Missouri |
| WD77092 | Clayton Blankenship vs. Hillary Porter |
| WD77231 | Stephenie Sasnett, a Minor by and Through Her Guardian and Natural Mother, Maria Sasnett, et al. vs. City of Kansas City, Missouri |
| WD77398 | In The Interest of A.P.D., A.C.D., and A.M.D. vs. B.D. (Father) |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**

NONE